1

2

3

4                          UNITED STATES DISTRICT COURT

5                               DISTRICT OF NEVADA

6    DIAMOND X RANCH, LLC,                    3:13-cv-00570-MMD-WGC

7                              Plaintiff,     **ORDER**

8          v.

9    ATLANTIC RICHFIELD COMPANY,

10                            Defendant.

11

12         Before the court is the parties' Joint Motion to Vacate Deadlines Pending Entry of

13   Appearance by Replacement Plaintiff's Counsel. (Doc. # 54.)[1]

14         The parties advise the court that Plaintiff's counsel's law firm, Patton Boggs LLP, has

15   merged with the law firm Squire Sanders LLP, to form Squire Patton Boggs (US) LLP, effective

16   June 1, 2014. Defendant Atlantic Richfield Company's (Atlantic Richfield) parent company, BP

17   America Inc. (BP), was a client of Squire Sanders LLP prior to the merger with Patton Boggs

18   LLP, and as such, BP is now a current client of the merged firm, Squire Patton Boggs (US) LLP.

19   In addition, Squire Sanders LLP was counsel of record to Atlantic Richfield along with the law

20   firm of Davis Graham & Stubbs LLP (defense counsel in this action) in a matter substantially

21   related to this case, *Atlantic Richfield Company v. State of California, et. al.*, No. BC380474

22   (filed Nov. 9, 2007 in Los Angeles County Superior Court). Neither Atlantic Richfield nor BP

23   will consent to Squire Patton Boggs (US) LLP's continued representation of the plaintiff in this

24   matter, Diamond X Ranch, LLC (Diamond X). Therefore, Squire Patton Boggs (US) LLP

25   intends to withdraw as counsel for Diamond X as soon as it is able to obtain replacement

26   counsel.

27         As a result, the parties request that the Court: (i) vacate all of the deadlines set forth in

28

---

[1] Refers to court's docket number.

Section G of the Stipulated Discovery Plan and Scheduling Order (DPSO) (Doc. # 51), except for the August 29, 2014 deadline for submission of an Interim Status Report; (ii) extend the deadlines to respond to all pending discovery to fourteen days after new lead counsel for Diamond X has entered an appearance; and (iii) require the parties to set a scheduling conference to occur within ten days after new lead counsel for Diamond X has entered an appearance; and (iii) require the parties to set a scheduling conference to occur within ten days after new lead counsel for Diamond X has entered an appearance, at which time the parties will propose a revised set of deadlines.

With good cause appearing, the parties' joint motion (Doc. # 54) is **GRANTED**. **IT IS HEREBY ORDERED THAT**:

(1) The deadlines set forth in Section G of the DPSO are hereby **VACATED**, except for the August 29, 201 deadline for submission of an Interim Status Report;

(2) Since Diamond X and its current counsel have already initiated efforts to obtain replacement counsel, within **THIRTY DAYS FROM THE DATE OF THIS ORDER** Diamond X shall obtain new lead counsel and an appearance shall be entered by new lead counsel;

(3) The deadline to respond to all pending discovery is extended to **FOURTEEN DAYS AFTER NEW LEAD COUNSEL FOR DIAMOND X HAS ENTERED AN APPEARANCE**;

(4) on the date that an appearance is entered by new lead counsel for Diamond X, the parties shall also file a **request for the setting of a scheduling conference** that shall occur within ten days of the entry of an appearance by Diamond X's new lead counsel or as soon as the court can accommodate the parties; and

(5) The parties shall file a proposed revised set of deadlines with the court at least **five days prior to the scheduling conference.**

**IT IS SO ORDERED**.

July 30, 2014.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE