| | |
|---|---|
| Fred Heather, *pro hac vice*<br>Aaron Allan, *pro hac vice*<br>Terry D. Avchen, *pro hac vice*<br>Andriy R. Pazuniak, *pro hac vice*<br>GLASER WEIL FINK HOWARD<br>AVCHEN & SHAPIRO LLP<br>10250 Constellation Boulevard, 19th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 553-3000<br>Facsimile: (310) 556-2920<br>fheather@glaserweil.com<br>aallan@glaserweil.com<br>tavchen@glaserweil.com<br>apazuniak@glaserweil.com<br><br>Brad M. Johnston (SBN 8515)<br>SIMONS HALL JOHNSTON PC<br>22 State Route 208<br>Yerington, Nevada 89447<br>Telephone: (775) 463-9500<br>bjohnston@shjnevada.com | Robert A. Dotson (SBN 5285)<br>DOTSON LAW<br>5355 Reno Corporate Drive<br>Suite 100<br>Reno, Nevada 89511<br>Telephone: (775) 501-9400<br>rdotson@dotsonlaw.legal<br><br>Jonathan W. Rauchway, *pro hac vice*<br>Adam S. Cohen, *pro hac vice*<br>Gail L. Wurtzler, *pro hac vice*<br>Mave A. Gasaway, *pro hac vice*<br>DAVIS GRAHAM & STUBBS LLP<br>1550 Seventeenth Street, Suite 500<br>Denver, Colorado 80202<br>Telephone: (303) 892-9400<br>Facsimile: (303) 893-1379<br>jrauchway@dgslaw.com<br>adam.cohen@dgslaw.com<br>gail.wurtzler@dgslaw.com<br>mave.gasaway@dgslaw.com |
| *Attorneys for Plaintiff Diamond X Ranch LLC and Third-Party Defendant Park Livestock Company* | *Attorneys for Defendant Atlantic Richfield Company* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND X RANCH LLC,<br><br>    Plaintiff / Counter-Defendant<br><br>vs.<br><br>ATLANTIC RICHFIELD COMPANY,<br><br>    Defendant / Counterclaimant /<br>    Third-Party Plaintiff,<br><br>vs.<br><br>PARK LIVESTOCK CO.,<br><br>    Third-Party Defendant. | CASE NO.: 3:13-cv-00570-MMD-WGC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Diamond X Ranch LLC, Third-Party Defendant Park Livestock Co., and Defendant Atlantic Richfield Company (collectively, the "Parties") hereby stipulate and agree as follows:

1. The Parties stipulate to the dismissal with prejudice of all claims, counterclaims, and third-party claims and counterclaims asserted by any Party in this case and therefore, the Parties stipulate to the dismissal with prejudice of the entire case.

2. All agreements made and orders relating to confidentiality of information entered into by the Parties during or otherwise governing the Parties in this action shall survive this Stipulation. This includes, but is not necessarily limited to, [Proposed] Stipulation and Protective Order [Docket No. 64] and Order Re: Stipulation and Protective Order [Docket No. 65].

3. Each Party shall bear its own costs and attorneys' fees.

DATED: July 1, 2019　　　　　　　　　JOHNSTON LAW OFFICES, P.C.

By: */s/ Brad M. Johnston*
　　BRAD M. JOHNSTON - Nevada Bar No. 8515

　　FRED D. HEATHER, *pro hac vice*
　　TERRY D. AVCHEN, *pro hac vice*
　　AARON P. ALLAN, *pro hac vice*
　　ANDRIY R. PAZUNIAK, *pro hac vice*

　　GLASER WEIL FINK HOWARD
　　AVCHEN & SHAPIRO LLP

*Attorneys for Plaintiff Diamond X Ranch LLC and Third-Party Defendant Park Livestock Company*

DATED: July 1, 2019　　　　　　　　　DAVIS GRAHAM & STUBBS LLP

By: */s/ Adam S. Cohen*
　　JONATHAN W. RAUCHWAY, *pro hac vice*
　　ADAM S. COHEN, *pro hac vice*
　　GAIL L. WURTZLER, *pro hac vice*
　　MAVE A. GASAWAY, *pro hac vice*

　　ROBERT A. DOTSON – Nevada Bar No. 5285
　　DOTSON LAW

*Attorneys for Defendant Atlantic Richfield Company*

STIPULATION OF DISMISSAL WITH PREJUDICE

1

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of Davis Graham & Stubbs LLP, and that I electronically filed the foregoing document by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Brad M. Johnston (SBN 8515)
SIMONS HALL JOHNSTON PC
22 State Route 208
Yerington, NV  89447
Tel: 775.463.9500
bjohnston@shjnevada.com

Terry D. Avchen
Fred Heather
Aaron P. Allan
Andriy R. Pazuniak
GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Blvd, 19th Floor
Los Angeles, CA  90067
Tel: 310.553.3000
tavchen@glaserweil.com
fheather@glaserweil.com
aallan@glaserweil.com
apazuniak@glaserweil.com

*s/ Amanda Turney*
An employee of Davis Graham & Stubbs LLP

Case dismissed with prejudice.
IT IS SO ORDERED.

_____
U.S. District Judge

Dated: July 1, 2019

STIPULATION OF DISMISSAL WITH PREJUDICE
2